**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | **)** | |
| **MOHAMMED ABDULLAH** | **)** | |
| **TAHA MATTAN,** *et al.* | **)** | |
| | **)** | |
| **Petitioners,** | **)** | |
| | **)** | **Civil Action No. 09-745 (RCL)** |
| **v.** | **)** | |
| **BARACK OBAMA,** *et al.* | **)** | |
| | **)** | |
| | **)** | |
| **Respondents** | **)** | |
| | **)** | |
| | **)** | |

## AMENDED SCHEDULING ORDER (ISN 689)

Pursuant to the parties' joint motion to amend the scheduling order, the parties shall

adhere to the following schedule:

June 26, 2009:　　　　Government's second motion to amend factual return.

July 9, 2009:　　　　Petitioner's amended traverse

July 23, 2009:　　　　Government's motion for judgment on the record

August 20. 2009:　　Petitioner's opposition and cross-motion

September 10, 2009:　Government's opposition and reply

September 24, 2009:　Petitioner's reply

IT IS SO ORDERED　　　　　　　　　　__/s/ June 29, 2009_____
　　　　　　　　　　　　　　　　　　Hon. Royce C. Lamberth
　　　　　　　　　　　　　　　　　　United States District Judge